IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                      PLAINTIFF

v.                        No. 4:13-cr-261-DPM

ANTONIO LUSTER                                                DEFENDANT

## ORDER

The United States' motion to dismiss the Indictment, № 2, is granted. The indictment, № 1, is dismissed without prejudice. The summons is quashed. The United States must promptly alert Luster, who is currently in state custody, about this dismissal.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

19 September 2013